BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2766
Facsimile:  (916) 554-2900
Email:  jason.ehrlinspiel@usdoj.gov

Attorneys for Defendants UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary Of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, RANDY MOORE, ALICE B. CARLTON, and DEB BUMPUS in their Official Capacities

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. LUCIANO, JR., Trustee Of The Robert A. Luciano Jr. Revocable Trust Dated February 27, 1995,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary Of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, RANDY MOORE, ALICE B. CARLTON, DEB BUMPUS, and DOES 1 - 25,<br><br>Defendants. | CASE NO.  22:11-cv-01831-GEB -KJN<br><br>**APPICATION AND [PROPOSED] ORDER CONTINUING ALL DATES** |

Plaintiff ROBERT A. LUCIANO, JR. and Defendant the UNITED STATES OF

AMERICA, of the above-entitled action, hereby jointly propose a 60-day continuance of the

scheduling conference and the hearing of Plaintiff's Motions [Docket Entries 10 and 11] and in

1

support thereof, submit the following to the Court:

1. The scheduling conference is currently set for February 13, 2012.  Docket Entry ("DE") 6.

2. On January 25, 2012, Plaintiff filed a motion to supplement the administrative record which was filed by the United States on December 19, 2011.  DE Nos. 10 & 8.  The motion was the United States' first notice of Plaintiff's purported issues with the administrative record.

3. The United States has since reviewed the motion and believes that many and possibly all of the issues can be resolved without the Court's intervention.  Given the age of the matters at issue (in excess of 10), changes in personnel, and other personnel issues, the parties require additional time to meet and confer on the issues.

4. The parties respectfully request that the status conference currently set for February 13, 2012 be continued 60 days to allow the United States to investigate Plaintiff's position, to meet and confer with Plaintiff, and to supplement the Administrative Record, if necessary.  The parties also request that the hearing of Plaintiff's pending motions be continued 60 days from the current setting of March 5, 2012, as the parties' meet and confer may resolve most of the issues.

5. This application is submitted for good cause and not for the purpose of delay.

**IT IS SO STIPULATED**.

                                        Respectfully submitted,

DATED:  January 30, 2012          BENJAMIN B. WAGNER
                                            United States Attorney

By:    */s/ Jason Ehrlinspiel*
JASON EHRLINSPIEL
Assistant United States Attorney

Attorneys for Defendants

DATED: January 30, 2012     Richard H. Hart, Jr.
Law Office Of Richard H. Hart PC

By:    */s/ Richard H. Hart, Jr.*
RICHARD H. HART, JR.

Attorney for Plaintiff

### [**PROPOSED**] ORDER

**IT IS HEREBY ORDERED** that:

1. That the scheduling conference currently set for February 13, 2012 is continued until April 23, 2012, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

2. The United States shall file and serve, if necessary, any additions to the Administrative Record on or before April 16, 2012; and

3. Plaintiff's Motions, Docket Entries 10 – 12, currently set for March 5, 2012, are continued until May 14, 2012, at 9:00 a.m.

**Date: 2/7/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge