IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. LUCIANO, JR., Trustee of the Robert A. Luciano Jr. Revocable Trust Dated February 27, 1995,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL; RANDY MOORE; and EARL FORD; and DEB BUMPUS,<br><br>        Defendants.* | 2:11-cv-01831-GEB-KJN<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

The Joint Status Report filed on June 11, 2012 ("JSR") reveals this case is not ready to be fully scheduled. Defendants filed the Administrative Record on December 19, 2012, and a Supplemental Administrative Record on April 16, 2012. However, the parties continue to dispute whether additional discovery is permitted and/or whether the administrative record may need to be supplemented in this action. Therefore, Plaintiff shall file a motion for an order authorizing discovery and/or to augment the administrative record no later than August 13, 2012; the motion(s) shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing date.

---

    *    The caption has been amended according to the automatic dismissal of Doe Defendants as prescribed on page 2:18-20 of the October 7, 2011 Status Order (ECF No. 6.)

1

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on June 25, 2012, is continued to September 17, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Dated: June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge