IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. LUCIANO, JR., Trustee of the Robert A. Luciano Jr. Revocable Trust Dated February 27, 1995,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL; RANDY MOORE; and EARL FORD; and DEB BUMPUS,<br><br>        Defendants.<br>_____ | 2:11-cv-01831-GEB-KJN<br><br><u>STATUS (PRETRIAL SCHEDULING) ORDER</u> |

        The status (pretrial scheduling) conference scheduled for hearing on September 17, 2012, is vacated since the parties' Joint Status Report filed on August 31, 2012 ("JSR") indicates the following Order should issue.

<u>DISCOVERY</u>

        The parties state in the JSR as follows: "Pursuant to the Court's Order, the United States served and filed the administrative record on December 19, 2011. [Doc. 8]. A Supplemental Administrative Record was served and filed on April 16, 2012. [Doc. 19]. No further discovery will be had in this case." (JSR 2:26-3:2.)

1

MOTION HEARING SCHEDULE

The parties state in the JSR that they anticipate filing cross-motions for summary judgment and propose a briefing schedule for the referenced motions. Id. at 3:4-5. The parties' proposed briefing schedule is adopted, as modified, as follows:

Plaintiff's Motion for Summary Judgment shall be filed no later than January 14, 2013;

Defendants' Opposition and Cross-Motion for Summary Judgment shall be filed no later than February 4, 2013;

Plaintiff's Reply and Opposition shall be filed no later than February 25, 2013;

Defendants' Reply shall be filed no later than March 18, 2013; and

The hearing on the cross-motions for summary judgment shall be noticed for April 8, 2013, at 9:00 a.m.

FURTHER STATUS CONFERENCE

In the event the referenced cross-motions for summary judgment do not dispose of the case in its entirety, a further status conference is scheduled to commence at 9:00 a.m. on June 24, 2013. A further joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

IT IS SO ORDERED.

Dated: September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2