BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary Of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, RANDY MOORE, ALICE B. CARLTON, and DEB BUMPUS in their Official Capacities

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. LUCIANO, JR., Trustee Of The Robert A. Luciano Jr. Revocable Trust Dated February 27, 1995,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary Of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, RANDY MOORE, EARL FORD, DEB BUMPUS, and DOES 1 - 25,<br>          Defendants. | CASE NO.  2:11-cv-01831-GEB -KJN<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff ROBERT A. LUCIANO, JR. and Defendant the UNITED STATES OF AMERICA, of the above-entitled action, hereby stipulate and agree with the permission of the Court as indicated below to a one-week modification of the Court's Order filed September 12,

Stipulation to Extend Defendant's Time to File Reply

1

2012, re-setting the deadline for filing Defendant's reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment from March 18, 2013 to March 25, 2013.  This brief modification is requested due to the illness of Defendant's counsel.

The parties hereby stipulate and agree that Defendant's deadline to reply shall be extended to March 25, 2013, which is more than seven days prior to the hearing set for April 8, 2013, as required by Local Rule 230(d).

IT IS SO STIPULATED.

DATED: March 18, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By:   */s/ J. Earlene Gordon*
J. EARLENE GORDON
Assistant United States Attorney

Attorneys for Defendants

DATED: March 18, 2013

Richard H. Hart, Jr.
Law Office of Richard H. Hart PC

By:   */s/ Richard H. Hart, Jr.*
RICHARD H. HART, JR.
Attorney at Law

Attorney for Plaintiff

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the United States' deadline for filing a reply to Plaintiff's opposition to Defendant's motion for summary judgment is extended to March 25, 2013.

GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE